# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CORTNEY R. ASHLOCK,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:25-cv-00481-CLB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Plaintiff against Defendant, reversing the final decision of the Commissioner.

11/20/2025
Date

DEBRA K. KEMPI
Clerk

/s/JQC
Deputy Clerk