Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Cortney Rychelle Ashlock

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORTNEY RYCHELLE ASHLOCK,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 3:25-cv-00481-CLB<br><br>ORDER GRANTING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920; DECLARATION OF MARC V. KALAGIAN<br><br>[ECF No. 12] |

TO THE HONORABLE CARLA BALDWIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Cortney Rychelle Ashlock ("Ashlock") be awarded attorney fees in the amount of TWENTY ONE

1  HUNDRED SEVENTY dollars ($2,170.00) under the Equal Access to Justice Act
2  (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED FIVE
3  dollars ($405.00) under 28 U.S.C. § 1920.  This amount represents compensation
4  for all legal services rendered on behalf of Plaintiff by counsel in connection with
5  this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

6      After the Court issues an order for EAJA fees to Ashlock, the government
7  will consider the matter of Ashlock's assignment of EAJA fees to Marc Kalagian.
8  The retainer agreement containing the assignment is attached as exhibit 1.
9  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the
10 assignment will depend on whether the fees are subject to any offset allowed under
11 the United States Department of the Treasury's Offset Program.  After the order for
12 EAJA fees is entered, the government will determine whether they are subject to
13 any offset.

14     Fees shall be made payable to Ashlock, but if the Department of the
15 Treasury determines that Ashlock does not owe a federal debt, then the
16 government shall cause the payment of fees, expenses and costs to be made
17 directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the
18 assignment executed by Ashlock.[1]  Any payments made shall be delivered to Law
19 Offices of Lawrence D. Rohlfing, Inc., CPC. Counsel agrees that any payment of
20 costs may be made either by electronic fund transfer (ETF) or by check.

21     This stipulation constitutes a compromise settlement of Ashlock's request
22 for EAJA attorney fees, and does not constitute an admission of liability on the part
23 of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

constitute a complete release from, and bar to, any and all claims that Ashlock and/or Marc Kalagian including Law Offices of Lawrence D. Rohlfing, Inc., CPC, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Marc Kalagian and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC, to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: December 15, 2025        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff
CORTNEY RYCHELLE ASHLOCK

DATE: December 15, 2025        SIGAL CHATTAH
                               Acting United States Attorney

/s/ *Angela Thornton-Millard*
_____
ANGELA THORNTON-MILLARD
Special Assistant United States Attorney
Attorneys for Defendant
FRANK BISIGNANO, Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Approved and so ordered:

DATE: January 6, 2026

_____
THE HONORABLE CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE